IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| Kenneth Sweeting, | ) | CASE NO. 7:14CV00187 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| Dr. Daniel Miller, *et al.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss is **GRANTED** (docket no. 31). Additionally, the following motions are **DENIED AS MOOT**: Defendants' Motion for Protective Order (docket no. 64), Defendants' renewed motion for protective order (docket no. 80), as well as Plaintiff's motion to compel a response from Schilling and Holloway (docket no. 86). Finally, Plaintiff's motions to amend his complaint and summary judgment opposition brief are **GRANTED** (docket nos. 43, 73, and 75).

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTER**: This 6th day of August, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1