IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| Kenneth Sweeting, | ) | CASE NO. 7:14CV00187 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| Dr. Daniel Miller, *et al.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **Defendants.** | ) | |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment is **GRANTED** (docket no. 44) and Plaintiff's motion for summary judgment is **DENIED** (docket no. 76). Additionally, the following motions are **DENIED AS MOOT**: Defendant's Motion to Quash or Stay Discovery (docket no. 60), Plaintiff's Motions to Compel Discovery (dockets no. 74 and 81), and Plaintiff's Motion to Amend (docket no. 85).

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTER**: This __12th__ day of August, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1