IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| **KENNETH SWEETING,** | ) |
| | ) Case No. 7:14-cv-000187 |
| Plaintiff, | ) |
| | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| | ) Norman K. Moon |
| **DR. DANIEL MILLER,** *et al.*, | ) United States District Judge |
| | ) |
| Defendants. | ) |

This matter is before the Court upon the Plaintiff's Motion for Preliminary Injunction (docket no. 72).

After full consideration of the arguments set forth therein, and for the reasons set forth in the accompanying Memorandum Opinion, the Plaintiff's Motion for Preliminary Injunction is **DENIED**.

Accordingly, the court **DISMISSES** the action without prejudice and strikes the case from the active docket of the court.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all parties.

ENTERED This 20th day of August, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE